UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:21-CR-00153** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHARLIE L SIMPSON (01)**<br>**CHARLES D GARDNER (02)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Pending before the Court is a Motion to Reconsider Ruling on Motion to Compel Louisiana National Bank's Production [Doc. No. 242] ("Motion to Reconsider") filed by Defendant Charlie L. Simpson ("Simpson"). An Opposition [Doc. No. 246] was filed by Louisiana National Bank ("LNB"). A Reply [Doc. No. 256] was filed by Simpson.

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc*., 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted).

In Simpson's Motion to Reconsider, Simpson asks moves the Court to reconsider its September 20, 2023 ruling [Doc. No. 234] denying Defendants' Motion to Compel. Primarily, Defendants move the Court to reconsider its denial to order LNB to produce LNB's policies, procedures, and manuals from 2015-2017. In its Opposition to Simpson's Motion to Reconsider, LNB declares that it does not have the requested policies, procedures, and manuals from 2015 through 2017[1] because LNB does not keep previous policies.

---

[1] Supplemental Declaration [Doc. No. 246-1, p. 1]

1

Therefore, there is no reason to reconsider LNB producing documents it does not have. Accordingly,

**IT IS ORDERED** that Simpson's Motion to Reconsider [Doc. No. 242] is **DENIED**.

**MONROE, LOUISIANA**, this 16th day of November 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**